**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **DISMISSAL OF PETITION FOR** |
| vs. | ) | **REVOCATION OF PROBATION** |
| | ) | |
| Linda Goodhouse. | ) | Case No. 1:07-cr-076 |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is the Government's "Dismissal of Petition for Revocation of Probation" filed on November 20, 2008.  See Docket No. 65.  On August 27, 2008, the Government filed a "Petition for Warrant or Summons for Offender Under Supervision."  See Docket No. 49.  The Government now moves the Court to dismiss the petition because the defendant has completed a substance abuse treatment program through the Bismarck Transition Center.  The Court **GRANTS** the Government's motion.  The revocation hearing scheduled for Monday, December 8, 2008, is **CANCELLED.**

**IT IS SO ORDERED.**

Dated this 21st day of November, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court